UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

JOSE LUIZ SOLIZ-BRESINO,       )
                               )
         Petitioner            )
                               )
    vs.                        )    Case No. 1:13-cv-01437-JHH-HGD
                               )
CARTER DAVENPORT, Warden,      )
and THE ATTORNEY GENERAL       )
OF THE STATE OF ALABAMA,       )
                               )
         Respondents           )

## MEMORANDUM OPINION

On May 19, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this ___11th___ day of June, 2014.

_____
SENIOR UNITED STATES DISTRICT JUDGE